UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEREMIAH S. FARMER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:21-cv-01636-JPH-MPB ) |
| HAMMOND POLICE, et al., | ) ) |
| Defendants. | ) |

**ORDER DENYING MOTION**

On June 7, 2021, Jeremiah Farmer filed a complaint in this District based on events relating to a federal criminal case in the Northern District of Indiana. Dkt. 1. The Court ordered Mr. Farmer to show cause by June 28, 2021, why this case should not be transferred to that District. Dkt. 5. Mr. Farmer failed to respond by the required date, and this case was transferred to the U.S. District Court for the Northern District of Indiana on July 7, 2021. Dkt. 7.

Mr. Farmer has now filed a motion asking the Court to undo its transfer order, arguing that his suit must be resolved in this District because it concerns the search of his home in Lake Village, Indiana.[1] *See* dkt. 11. But a district court generally "relinquishes all jurisdiction over a case when it is transferred to another district court." *Jones v. InfoCure Corp.,* 310 F.3d 529, 533 (7th Cir. 2002). Because Mr. Farmer's case has already been transferred,

---

[1] Although Mr. Farmer argues that Lake Village is in the Southern District of Indiana, *see* dkt. 11 at 2, it is in Newton County, Indiana, which is in the Northern District of Indiana. *See* 28 U.S.C. § 94(a)(3).

1

*see Farmer v. Hammond Police*, 2:21-cv-220 (N.D. Ind. July 13, 2021), this Court can no longer rule on the merits of his motion.

Mr. Farmer's motion, dkt. [11], is therefore **DENIED**, and Mr. Farmer should direct any further filings to the docket in his pending action in the U.S. District Court for the Northern District of Indiana.

**SO ORDERED.**

Date: 8/4/2021

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JEREMIAH S. FARMER
 Inmate Mail/Parcels
HAZELTON USP
P.O. Box 2000
Bruceton Mills, WV 26525